NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE D. WINCHESTER, | No. C 10-04391 JF (PR) |
| Petitioner, | ORDER OF TRANSFER |
| vs. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the 2009 Board of Prison Terms' decision finding him unsuitable for parole. Petitioner is currently confined at the California Men's Colony - East in San Luis Obispo, California. The prison is located within the venue of the Western Division of the Central District of California. 28 U.S.C. § 84(c)(2).

Venue in a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence, such as a parole denial claim. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir.

Order of Transfer
P:\PRO-SE\SJ.JF\HC.10\Winchester04391_transfer.wpd

1  1989).  Accordingly, this case is TRANSFERRED to the United States District
2  Court for the Central District of California, the location of Petitioner's confinement.
3  See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1).  In light of this transfer, the
4  Court will defer Petitioner's motion for leave to proceed in forma pauperis, (Docket
5  No. 4), and motion for appointment of counsel, (Docket No. 6), to the Central
6  District.
7     The Clerk shall terminate any pending motions and transfer the entire file to
8  the Western Division of the Central District of California.
9     IT IS SO ORDERED.
10 DATED: 1/27/11

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JF\HC.10\Winchester04391_transfer.wpd        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WAYNE D WINCHESTER,

        Petitioner,

  v.

STATE OF CALIFORNIA,

        Respondent.
                               /

Case Number: CV10-04391 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  2/17/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wayne D. Winchester D-99680
California Men's Colony
P.O. Box 8101
Cell #5388C
San Luis Obispo, CA 93409

Dated:  2/17/11

                                                          Richard W. Wieking, Clerk